

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-82,941-01

## EX PARTE DONALD CHASSTION, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 1220013-A IN THE 228TH DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of cocaine and sentenced to 30 days' incarceration in the County Jail. TEX. PENAL CODE § 12.44(a).

Applicant contends that newly discovered laboratory analysis in this case reflects that he did not possess any cocaine.

The State and trial court agree that Applicant is entitled to relief. Applicant's claim is supported by the habeas record. Applicant is entitled to relief. *Ex parte Mable*, 443 S.W.3d 129

(Tex. Crim. App. 2014).

Relief is granted. The judgment in Cause No. 1220013 in the 228th District Court of Harris County is set aside, and Applicant is remanded to the custody of the Sheriff of Harris County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: July 1, 2015
Do not publish